AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

United Food and Commercial Workers
International Union-Industry Pension Fund and
its Trustees

V.

Coach Leatherware Company, Inc. d/b/a Coach, Inc.

CASE NUMBER: **08 C 1317**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Coach Leatherware Company, Inc. d/b/a Coach, Inc.
516 West 34th Street
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Endick, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW, Ste.450
Washington, DC 20036

Sherrie E. Voyles, Esq.
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Ste. 1720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Shirley* (signature)

(By) DEPUTY CLERK

March 5, 2008

Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08C1317

Plaintiff:
United Food and Commercial Workers International Union-Industry
Pension Fund and its Trustees
vs.
Defendant:
Coach Leatherware Company, Inc., dba Coach, Inc.

For:
Law Offices Jacobs, Burns, Orlove,

Received by Front Range Legal Process Service, Inc. to be served on Coach Leatherware Company Inc. dba Coach Inc., 616 West 34th Street, New York, NY 10001. I, SIMON KHU, say that on the 12th day of MARCH, 2008 at 12:10 p.m., executed service by delivering a true copy of the Summons; Complaint in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving KIRA JENNINGS as LEGAL DEPARTMENT, AUTHORIZED

( ) DESCRIPTION: Age 30 Sex F Race CAUCASIAN Height 5'6" Weight 135 Hair Black Glasses N

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/14/08
Date

PROCESS SERVER # 0842561
Appointed in accordance
with State Statutes

Front Range Legal Process Service, Inc.
825 Rome Valley Dr.
Fort Collins, CO 80526
(866) 387-3783

Our Job Serial Number: 2008001449