UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>COACH LEATHERWARE COMPANY, INC. d/b/a COACH, INC.,<br><br>    Defendant. | Case No. 08-cv-1317<br>Judge Leinenweber<br>Magistrate Judge Keys |

To:   Coach Leatherware Company, Inc.
      516 W. 34th St.
      New York, NY 10001

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby voluntarily dismiss the above-named action without prejudice. The complaint and summons were served on Defendant on March 12, 2008, and Defendant has as of this filing served no answer or motion for summary judgment upon Plaintiff.

Respectfully submitted,

  s/ Sherrie E. Voyles
One of Plaintiffs' Attorneys

Sherrie E. Voyles
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

## CERTIFICATE OF SERVICE

I, Sherrie E. Voyles, an attorney, certify that I caused a copy of the foregoing Notice of Dismissal to be served upon the above-named person by first-class mail on May 9, 2008.

  s/ Sherrie E. Voyles
Sherrie E. Voyles